# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. SMITH, JR., <br><br> Plaintiff, <br><br> v. <br><br> A. K. SCRIBNER, et al., <br><br> Defendants. | CASE NO. 1:08-cv-00048-LJO-DLB (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM <br><br> (Doc. 11) <br><br> THIS DISMISSAL SHALL COUNT AS A STRIKE PURSUANT TO 28 U.S.C.§ 1915(g) |

Plaintiff James R. Smith ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 18, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on April 6, 2009.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///
///
///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 18, 2009, is adopted in full;
2. This action is dismissed for failure to state a claim upon which relief may be granted; and
3. This dismissal shall count as a strike pursuant to 28 U.S.C. §1915(g).

IT IS SO ORDERED.

Dated: April 14, 2009 /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE